UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KAREN L. REED and MICHAEL F. REED,<br><br>                      Plaintiffs,<br>  v.<br><br>CITY OF VANCOUVER, WASHINGTON, a municipal corporation, et al.,<br><br>                      Defendants. | CASE NO. 19-cv-5182-RJB<br><br>ORDER ON THE PARTIES' STIPULATED MOTION TO CONTINUE PRETRIAL DEADLINES |

THIS MATTER comes before the Court on the Parties' Stipulated Motion to Continue Pretrial Deadlines ("Motion"). Dkt. 29. The Court is familiar with the Motion and the remainder of the record herein. For the reasons set forth below, the Parties' Motion should be granted.

The Parties' Motion stipulates to and jointly requests an extension of the pretrial deadlines set forth in the Minute Order Setting Trial and Pretrial Dates (Dkt. 17). The Motion provides that "[t]he parties request that any pending pretrial deadlines be continued until the current Covid-19 state of emergency passes, at which point the parties will jointly propose a

revised schedule of pretrial deadlines and a new trial date for consideration by the Court." Dkt. 29, at 2. The Parties explain that "[g]ood cause exists for this extension because the parties had to cancel scheduled depositions … for reasons related to the Covid-19 state of emergency. The delay in taking these depositions will impact upcoming deadlines in the case schedule, such as the April 7 deadline for filing dispositive motions." Dkt. 29, at 1–2.

A district court has broad discretion to stay proceedings as an incident to its power to control its own docket. *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005); *Clinton v. Jones*, 520 U.S. 681, 706-07 (1997) (*citing Landis v. North American Co.*, 299 U.S. 248, 254 (1936)).

Here, the Parties have shown good cause for a modification of the case schedule. **THEREFORE**, the Parties' Motion is **GRANTED** as follows: the Court shall issue an approximate 90-day extension to the deadlines set forth in the Minute Order Setting Trial and Pretrial Dates (Dkt. 17). The extended deadlines will be detailed in a forthcoming scheduling order to be generated by the clerk.

**IT IS SO ORDERED.**

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 18th day of March, 2020.

ROBERT J. BRYAN
United States District Judge